ETHERIDGE v. ETHERIDGE

No. 350P83.

Case below: 62 N.C. App. 499.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1983.

IN RE ANNEXATION ORDINANCE

No. 385P83.

Case below: 62 N.C. App. 588.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1983. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 6 December 1983.

IN RE FORECLOSURE OF TAYLOR

No. 492P83.

Case below: 63 N.C. App. 744.

Petition by Taylor for discretionary review under G.S. 7A-31 denied 6 December 1983.

IN RE SCHWEIZER

No. 423P83.

Case below: 63 N.C. App. 565.

Petition by Schweizer for discretionary review under G.S. 7A-31 denied 6 December 1983.

IN RE SOUTHVIEW PRESBYTERIAN CHURCH

No. 300P83.

Case below: 62 N.C. App. 45.

Petition by County of Cumberland for discretionary review under G.S. 7A-31 denied 6 December 1983.